# Order

Michigan Supreme Court
Lansing, Michigan

July 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147335(58)

HAROLD HUNTER, JR.,
      Plaintiff-Appellant,

v

DAVID SISCO and AUTO CLUB INSURANCE
ASSOCIATION,
      Defendants,
and

CITY OF FLINT TRANSPORTATION
DEPARTMENT,
      Defendant-Appellee.
_____/

SC: 147335
COA: 306018
Genesee CC: 10-094081-NI

On order of the Chief Justice, the motion of the Coalition Protecting Auto No-Fault, the Brain Injury Association of Michigan, and the Michigan Brain Injury Provider Council to participate as amicus curiae is GRANTED. The joint amicus brief submitted on June 20, 2014, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2014



Clerk